# Exhibit A

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

GGC INTERNATIONAL LIMITED,

                            Plaintiff,

- against –

ROGER VER,

                            Defendant.

Index No.

**SUMMONS**

Plaintiff designates New York County as the place of trial

To the above-named Defendant:

      **YOU ARE HEREBY SUMMONED** to answer the complaint in this action and to serve a copy of an answer on the plaintiff within twenty (20) days after the service of this summons, exclusive of the day of service (or within thirty (30) days after the service is complete, if this summons is not personally delivered to you within the State of New York); and in case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded herein.

      **NOTICE**:    This action seeks the following relief: 1) a judgment awarding Plaintiff money damages for Defendant's failure to settle cryptocurrency options transactions that expired on December 30, 2022, in an amount to be determined at trial but no less than $20,869,788; and 2) an award of Plaintiff's costs, expenses, and reasonable attorneys' fees incurred in bringing this action.

      In the case of your failure to appear or answer in this action, judgment will be taken against you by default for the relief demanded herein and the costs of this action.

Dated: New York, New York
January 23, 2023

Respectfully submitted,

MORRISON COHEN LLP

By: /s/ Jason Gottlieb
Jason Gottlieb
Michael Mix
909 Third Avenue
New York, NY 10022
(212) 735-8600

*Attorneys for Plaintiff GGC International Limited*

TO: Roger Ver
858 Zenway Blvd, Unit 15-203
Frigate Bay
St. Kitts and Nevis