# Exhibit B

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

GGC INTERNATIONAL LIMITED,

                          Plaintiff,

v.

ROGER VER,

                          Defendant.

Index No. 650439/2023

**AFFIRMATION OF SERVICE**

MICHAEL MIX, an attorney duly admitted to practice in the Courts of the State of New York, affirms the following to be true under penalties of perjury pursuant to CPLR 2106:

1. I am not a party to this action. I am over 18 years of age, and reside in New York, New York.

2. On January 23, 2023, pursuant to Paragraphs 12(a)(1), 12(a)(iv), and 13(c) of the 2002 ISDA Master Agreement, and Paragraph 7(a)(v) of the Amended and Restated Master Confirmation for Virtual Currency Put and Call Options Transactions Dated as of 2020/06/22 between GGC International Limited and Roger Ver, I served, via FedEx and registered mail (return receipt requested), true and correct copies of the Summons with Notice and Notice of Electronic Filing (Mandatory Case) filed by Plaintiff GGC International Limited against Defendant Roger Ver, upon Defendant Roger Ver at the following address:

    Roger Ver
    858 Zenway Blvd.
    Unit 15-203
    Frigate Bay
    St. Kitts and Nevis

3. I received confirmation from FedEx that the above-referenced documents were delivered to Roger Ver on January 26, 2023.

Dated: New York, New York
February 14, 2023

/s/ Michael Mix
MICHAEL MIX