UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GGC INTERNATIONAL LIMITED,

Plaintiff,

-v-

ROGER VER,

Defendant.

Case No. 23-cv-1560 (GHW)

**<u>NOTICE OF APPEARANCE</u>**

To The Clerk of Court and all parties of record:

**PLEASE TAKE NOTICE** that Michael D. Handelsman is admitted to practice in this court and

enters an appearance in the above-captioned case on behalf of Defendant, Roger Ver, and requests

copies of all notices and filings in the same be provided to Michael D. Handelsman.

Dated:  March 1, 2023.

KELMAN PLLC

<u>s/: Michael  D. Handelsman</u>

By: Michael D. Handelsman
1501 Broadway, Suite 2972
New York, New York 10036
Telephone: (212) 380-3818
mike@kelman.law

*Attorneys for Defendant Roger Ver.*